# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| BUDDY STRUCKMAN, | : | Case No. 1:20-cv-737 |
| | : | |
| Petitioner, | : | District Judge Timothy S. Black |
| | : | Magistrate Judge Karen Litkovitz |
| vs. | : | |
| | : | |
| WARDEN, PICKAWAY CORRECTIONAL INSTITUTION, | : | |
| | : | |
| Respondent. | : | |

## ORDER ADOPTING THE REPORT AND RECOMMENDATIONS
## OF THE UNITED STATES MAGISTRATE JUDGE

This case is before the Court on the Report and Recommendations of United States Magistrate Judge Karen Litkovitz. (Doc. 34). No objections to it have been filed.

Pursuant to 28 U.S.C. § 636(b), the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all of the relevant filings in this case. Upon consideration of the foregoing, the Court finds that the Report and Recommendations (Doc. 34) should be and is hereby adopted in its entirety. Accordingly:

1. The Report and Recommendations (Doc. 34) is **ADOPTED**;

2. Petitioner's unopposed motion for reinstatement of this action (Doc. 32) is **GRANTED** and the Court's Order entered on July 8, 2021, administratively staying the action and terminating the case on the Court's active docket (Doc. 19) is **VACATED**.

3. Petitioner's unopposed motion for leave to amend (Doc. 33) is **GRANTED**.

4. Respondent is **ORDERED** to file an answer addressing petitioner's second amended petition that conforms to the requirements of Rule 5 of the Rules Governing § 2254 Cases within sixty (60) days of the date of any Order adopting this Report and Recommendation.

5. Petitioner is **GRANTED** twenty-one (21) days after the answer is filed to file and serve a reply to the answer.

**IT IS SO ORDERED**.

Date: 10/20/2025

*s/ Timothy S. Black*
Timothy S. Black
United States District Judge